Kathryn Tassinari, OSB # 80115
Brent Wells, OSB # 85403
HARDER, WELLS, BARON & MANNING, P.C.
474 Willamette Street
Eugene, OR 97401
(541) 686-1969
kathrynt50@comcast.net
Of Attorneys for the Plaintiff

FILED '10 APR 21 12:16 USDC-ORP

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| ABBY LOU CARPENTER,<br><br>        Plaintiff,<br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner, Social Security<br>Administration,<br><br>        Defendant. | Case No. 09-6339-HA<br><br><br>ORDER FOR PAYMENT OF ATTORNEY<br>FEES PURSUANT TO EAJA |

Based upon the Stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $4294.02 are hereby awarded to Plaintiff, pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. Said fees are payable to plaintiff's attorney, Kathryn Tassinari of Harder, Wells, Baron & Manning, P.C.

Dated this 20th day of April, 2010.

*/s/ signature*
U.S. District Judge

PRESENTED BY:
s/ Kathryn Tassinari
Harder, Wells, Baron & Manning, P.C.
Of Attorneys for Plaintiff

ORDER FOR PAYMENT OF ATTORNEY FEES PURSUANT TO EAJA
Page 1 of 1